# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

Francis J. Earley | 212 692 6230 | fearley@mintz.com

July 15, 2016

**VIA FED EX AND ECF**
Hon. Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: Room N415
Courtroom: 4G

   Re: Ari Rosner v. CleanWell LLC.
     <u>Civil Action No. 16-CV-01780-AMD-SMG</u>

Your Honor:

  I represent Defendant CleanWell LLC in connection with the above-referenced matter. Pursuant to your Honor's Individual Rules and Practices, enclosed please find courtesy copies of the following:

- Defendant's Notice of Motion to Strike Plaintiff's Nationwide Class Allegations - Dkt No. 16,

- Declaration of Daniel J. Herling in Support of Defendant CleanWell, LLC's Motion to Strike Nationwide Class Allegations Pursuant to Fed. R. Civ. P. 23 (d)(1)(D) - Dkt No. 17,

- Memorandum of Law in Support of Defendant CleanWell, LLC's Motion to Strike Nationwide Class Allegations Pursuant To Fed. R. Civ. P. 23 (d)(1)(D) - Dkt No. 18,

- Defendant's Notice of Motion to Dismiss Plaintiff's Complaint Pursuant - Dkt No. 19,

- Declaration of Daniel J. Herling in Support of Defendant CleanWell, LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) - Dkt No. 20, and

- Memorandum of Law in Support of Defendant CleanWell, LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) - Dkt No 21.

  All documents were electronically filed in accordance with the briefing scheduled.

              Respectfully submitted,

              **/s/ Francis J. Earley**

              Francis J. Earley

Cc: All parties via ECF

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON