**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ZEVE BAUMGARTEN, individually on behalf of himself and all others similarly situated and JOHN DOES (1-100) on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLEANWELL, LLC,<br><br>　　　　　　　　Defendant. | Index No. 1:16-cv-01780-AMD-SMG<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND AWARD OF ATTORNEYS FEES, EXPENSES, AND SERVICE AWARD** |

### NOTICE OF MOTION

TO: THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on a date and time to be determined by the Court, in Courtroom 4GN located at 225 Cadman Plaza, Room 4GN, Brooklyn, New York, Plaintiff Zeve Baumgarten will, and hereby does, move this Court for a final order approving the parties' proposed class action settlement, certifying the proposed settlement class under Rule 23(b)(2), and approving plaintiffs counsels' award of fees and expenses.

In support of this Motion, Plaintiff relies on this Notice of Motion and Motion, his Memorandum of Points and Authorities, the Declaration of Jason Sultzer, the Declaration of Adam Gonnelli, the Declaration of Zeve Baumgarten, the complete court file in this action, and such other matters as may be presented to the Court at the hearing or before the hearing.

Date:  September 29, 2017	**THE SULTZER LAW GROUP P.C.**

By:   /s/ Adam Gonnelli
Jason P. Sultzer, Esq. (Bar ID # JS4546)
Joseph Lipari, Esq. (Bar ID # JL3194)
Adam Gonnelli (Bar ID # AG4782)
14 Wall Street, 20th Floor
New York, NY 10005
Tel: (212) 618-1938
Fax: (888) 749-7747
Gonnellia@thesultzerlawgroup.com


**LEEDS BROWN LAW, P.C.**
Jeffrey Brown, Esq.
Lenard Leeds, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514-1851
Tel: (516) 873-9550
*jbrown@leedsbrownlaw.com*


*Attorneys for Plaintiff and the Class*